1  Eric Landau (State Bar No. 138849)
   *elandau@egsllp.com*
2  Travis Biffar (State Bar No. 217593)
3  *tbiffar@egsllp.com*
   Ellenoff Grossman & Schole LLP
4  18101 Von Karman Avenue, Suite 230
5  Irvine, CA 92612
   (212) 370-1300 / (212) 370-7889 fax
6

7  John C. Stellabotte (*pro hac vice pending*)
   *jstellabotte@egsllp.com*
8  Atul Singh (*pro hac vice pending*)
9  *asingh@egsllp.com*
   Honeah S. Mangione (*pro hac vice pending*)
10 *hmangione@egsllp.com*
11 Ellenoff Grossman & Schole LLP
   1345 Avenue of the Americas, 11th Floor
12 New York, NY 10105
13 (212) 370-1300 / (212) 370-7889 fax

14
   Attorneys for plaintiff
15 *Slice, Inc*

16

## UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA – WESTERN DIVISION

| | |
|---|---|
| SLICE, INC., a Delaware Corporation, | Case Number: 2:22-cv-3397 |
| plaintiff, | **PLAINTIFF'S NOTICE OF INTERESTED PARTIES** |
| v. | **LOCAL RULE 7.1-1** |
| SAFEX, INC, an entity of unknown incorporation, | Action Filed:   May 19, 2022 |
| defendant. | Trial Date:     Not Set |

1
NOTICE OF INTERESTED PARTIES

1  Pursuant to Local Rule 7.1-1, the undersigned, counsel of record for
2  plaintiff, Slice, Inc., certifies that the following listed party (or parties) may have a
3  pecuniary interest in the outcome of this case:
4  **SPH Acquisition, Inc.,** a Delaware corporation, is the owner of all
5  outstanding shares of Slice, Inc.
6  Pursuant to Fed. R. Civ. P. 7.1, the undersigned counsel for plaintiff further
7  certifies that there is no parent corporation or any publicly held corporation that
8  owns 10% or more of plaintiff's stock.
9  These representations are made to enable the Court to evaluate possible
10  disqualification or recusal.

Dated:  May 19, 2022          ELLENOFF GROSSMAN AND SCHOLE LLP


                              By:  /s/ Eric Landau
                                   Eric Landau
                                   Attorney for plaintiff