**UNITED STATES DISTRICT COURT**
**CENTRAL DISTRICT OF CALIFORNIA**

SLICE, INC., a Delaware Corporation

Plaintiff(s)

v.

SAFEX, INC, an entity of unknown incorporation

Defendant(s).

CASE NUMBER:

2:22-cv-03397-JWH-JC

**ORDER ON REQUEST FOR APPROVAL OF SUBSTITUTION OR WITHDRAWAL OF ATTORNEY**

The Court hereby orders that the request of:

__SLICE, INC.__  **X** Plaintiff  **O** Defendant  **O** Other _____
*Name of Party*

to substitute __Louis V. Kosnett, Kosnett Law Firm__ who is

**X** Retained Counsel  **O** Counsel appointed by the Court (Criminal cases only)  **O** Pro Se

__11601 Wilshire Blvd., Ste. 500__
*Street Address*

__Los Angeles, CA 90025__  __louiskosnett@kosnettlaw.com__
*City, State, Zip*  *E-Mail Address*

__(310) 445-5900__  __(424) 238-2257__  __299421__
*Telephone Number*  *Fax Number*  *State Bar Number*

as attorney of record instead of __Eric Landau, Travis Biffar, John Stellabotte, Atul Singh, and__
*List **all** attorneys from same firm or agency who are withdrawing*
Honeah S. Mangione

**is hereby** **⊗ GRANTED** **O DENIED**

The clerk is hereby ordered to terminate Notices of Electronic Filing for the withdrawing attorney(s) in this case.

Dated __June 1, 2023__  _/s/ J.W. Holcomb_
John W. Holcomb, U. S. District Judge