JS-6

# UNITED STATES DISTRICT COURT
# FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| SLICE, INC. a Delaware Corporation,<br><br>    Plaintiff,<br><br>    v.<br><br>SAFEX, INC. an entity of unknown incorporation,<br><br>    Defendant. | Case No. 2:22-cv-03397-JWH-JCx<br><br>**PERMANENT INJUNCTION AND JUDGMENT** |

Pursuant to the "Order on Plaintiff's Motion for Default Judgment [ECF No. 36]" entered on or about December 5, 2022, and the "Order Granting Plaintiff's Motion to Cancel Remaining Deadlines; Amend Scheduling Order; and Enter Default Judgment Against Defendant SafeX, Inc.," entered on or about June 23, 2023, the Court has entered default judgment in favor of Plaintiff Slice, Inc. ("Slice") and against Defendant SafeX, Inc. ("SafeX"). Consistent with the foregoing, and pursuant to Rules 55, 58, and 65 of the Federal Rules of Civil Procedure,

It is hereby **ORDERED**, **ADJUDGED**, and **DECREED** as follows:

1. For Counts I—V of the Complaint [ECF No. 1], SafeX has infringed upon Slice's valid and enforceable utility and design patent rights.

2. For Counts I—V, SafeX's infringement of Slice's valid and enforceable utility and design patent rights is willful, with knowledge that SafeX's actions constitute infringement.

3. For Count XII, SafeX has infringed upon Slice's valid and enforceable copyrights.

4. For Count XII, SafeX's infringement of Slice's valid and enforceable copyrights is willful, with knowledge that SafeX's actions constitute infringement.

5. For Counts VI—XI and XIII—XV, SafeX has misappropriated Slice's asserted trade dresses.

6. For Counts VI—XI and XIII—XV, SafeX's misappropriation of Slice's trade dresses is willful, with knowledge that SafeX's actions constitute misappropriation.

7. SafeX and its officers, agents, and employees, and all those persons in active concert or participation with them who receive actual notice of this Order by personal service otherwise, including but not limited to, Amazon.com, the web site https://www.safexcut.com, and any non-party hosting the

http://www.safexcut.com/ web site (collectively, "Related Persons"), are hereby **PERMANENTLY ENJOINED** from directly or indirectly:

    a.    infringing U.S. Patent No. 9,364,958 (the "'958 Patent") in violation of 35 U.S.C. § 271 by making, using, selling, offering for sale, or importing products that are covered by the asserted claims of the '958 Patent, including, but not limited to, the SafeX Auto-Retractable Pen Cutter (T101) or any product that is merely a colorable variation thereof, during the term of the '958 Patent;

    b.    infringing U.S. Patent No. 9,662,796 (the "'796 Patent") in violation of 35 U.S.C. § 271 by making, using, selling, offering for sale, or importing products that are covered by the asserted claims of the '796 Patent, including, but not limited, to the SafeX Blade (B107) and products that utilize and are sold with the SafeX Blade (B107), including the SafeX Precision Craft Knife (T107) and the SafeX Precision Craft Knife (T108), or any product that is merely a colorable variation thereof, during the term of the '796 Patent;

    c.    infringing U.S. Design Patent No. D913,072 (the "D'072 Patent") in violation of 35 U.S.C. § 271 by making, using, selling, offering for sale, or importing products that are covered by the D'072 Patent, including, but not limited to, the SafeX Manual Box Cutter (T128) or any product that is merely a colorable variation thereof, during the term of the D'072 Patent;

    d.    infringing U.S. Design Patent No. D636,646 (the "D'646 Patent") in violation of 35 U.S.C. § 271 by making, using, selling, offering for sale, or importing products that are covered by the D'646 Patent, including, but not limited to, the SafeX Blade (B101) and products that utilize and are sold with the SafeX Blade (B101), including the SafeX Auto-Retractable Pen Cutter (T101), the SafeX 3-Position

Manual Pen Cutter (T102), and the SafeX Auto-Retractable Mini Cutter (T103), or any product that is merely a colorable variation thereof, during the term of the D'646 Patent;

  e. infringing U.S. Design Patent No. D779,297 (the "<u>D'297 Patent</u>") in violation of 35 U.S.C. § 271 by making, using, selling, offering for sale, or importing products that are covered by the D'297 Patent, including, but not limited to, the SafeX Blade (B107) and products that utilize and are sold with the SafeX Cutting Blade (B107), including the SafeX Precision Craft Knife (T107) and the SafeX Precision Craft Knife (T108), or any product that is merely a colorable variation thereof, during the term of the D'297 Patent; and

  f. assisting, aiding, or abetting any person or business entity in engaging in or performing any of the activities referred to in subparagraphs (a) through (e) above.

  8. SafeX and the Related Persons are hereby **PERMANENTLY ENJOINED** from directly or indirectly infringing Slice's United States Copyright Registrations in violation of 17 U.S.C. § 501 for Registration No. TX 9-042-646 for Slice's Craft Knife (10548); Registration No. TX 9-043-652 for Slice's Precision Cutter (10416); Registration No. TX 9-044-530 for Slice's Auto-Retractable Pen Cutter (10512); and Registration No. VA 2-277-092 for Slice's Finger Friendly Promotion, and reproducing, distributing copies of, or displaying to the public the works that are the subject of the aforementioned copyright registrations, including, but not limited to, the packaging used to sell the SafeX Precision Craft Knife (T107), the packaging used to sell the SafeX Precision Pen Cutter (T105), or any colorable imitations thereof or creating, using, distributing copies of, or displaying to the public any derivate works of the works that are the subject of the aforementioned

/ / /

-4-

copyright registrations on the Amazon.com, http://www.SafeXcut.com, or any other web site or promotion.

9. SafeX and the Related Persons, are hereby **PERMANENTLY ENJOINED** from directly or indirectly:

    a. misappropriating Slice's Trade Dress, in violation of the Lanham Act, 15 U.S.C. § 1125(a), common law trade dress, common law unfair competition, and Cal. Bus. & Prof. Code §§ 17200 *et seq.* and §§ 17500 *et seq.*, for the 0200 Trade Dress associated with Slice's Safety Cutter; the 1051 Pen Cutter Trade Dress associated with Slice's Pen Cutters; the 10585 Trade Dress associated with Slice's Carton Cutter; the 10416 Trade Dress associated with Slice's Precision Cutter; the 10548 Trade Dress associated with Slice's Craft Knife; and the Orange Trade Dress associated with Slice's product, product packaging, and product displays, including, but not limited to, the following products, their associated packaging, and displays: SafeX Micro-Ceramic Box Cutter (T116), SafeX Precision Pen Cutter (T105), the SafeX Precision Craft Knife (T107), the SafeX Auto-Retractable Mini Cutter (T103), Precision Craft Knife (T108), the SafeX Kid-Friendly Metal Cutter (T110), and the SafeX Cardboard Metal Cutter (T109), as well as any copy or colorable imitations thereof or other SafeX products and packaging that misappropriate the Orange Trade Dress;

    b. representing directly or indirectly, in any form or manner whatsoever, that SafeX's business, products, or services are in any manner associated with, sponsored by, or approved by Slice or otherwise taking any action likely to cause confusion, mistake, or deception on the part of purchasers as to the source, origin, or sponsorship of Slice's business or products; and

/ / /

   c. assisting, aiding, or abetting any person or business entity in engaging in or performing any of the activities referred to in subparagraphs (a) or (b) above.

**IT IS SO ORDERED.**

Dated: August 23, 2023

John W. Holcomb
UNITED STATES DISTRICT JUDGE